The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ANNIE KANNIKA and YOEUN PHOEUN,<br><br>                 Plaintiffs,<br><br>    v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.<br><br>                 Defendants. | 2:20-cv-00547-RSM<br><br>STIPULATED MOTION AND ORDER REGARDING BRIEFING SCHEDULE<br><br>Note on Motion Calendar:<br><br>September 14, 2020 |

## STIPULATION

Plaintiffs filed this action seeking review of a decision by U.S. Citizenship and Immigration Services ("USCIS"). Dkt. No. 1. The parties agree that Plaintiffs' action is brought pursuant to the Administrative Procedures Act, 5 U.S.C. § 702. As such, the parties agree that Plaintiffs' case is "an action for review on an administrative record," falling under a category of cases in Federal Rule of Civil Procedure 26(a)(1)(E)(i) that are exempt from the requirements set forth in Fed. R. Civ. P. 26(a) and (f) pertaining to the "lay down" of discovery, the participation of the parties in a discovery conference, and the presentation of a joint discovery plan.

Stipulation and Order
20-cv-00547-RSM - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Therefore, the parties have agreed to the following proposed briefing schedule for the filing of summary judgment motions and any responses thereto:

1. Plaintiffs shall file a motion for summary judgment, which must not exceed twenty-four pages, no later than October 19, 2020 and note it on the motion calendar for March 5, 2021;

2. Defendants shall file their combined response and cross motion for summary judgment, which must not exceed twenty-four pages, no later than December 21, 2020 and note it on the motion calendar for March 5, 2021;

3. Plaintiffs shall file their combined response to Defendants' motion and reply to Plaintiffs' motion, which must not exceed twelve pages, no later than January 25, 2020.

4. Defendants shall file their reply, which must not exceed twelve pages, in support of their motion no later than March 5, 2021.

Dated this 14th day of September, 2020.

WILLIAM FRICK

 s/ William Frick
WILLIAM FRICK, WSBA No. 26648
701 Millennium Tower
719 Second Avenue
Seattle, WA  98104
Phone: 206-286-0167
Email:  william@fricklawfirm.info

Attorney for Plaintiffs

Dated this 14th day of September, 2020.

BRIAN T. MORAN
United States Attorney

 s/ Sarah K. Morehead
SARAH MOREHEAD, WSBA No. 29680
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Email: sarah.morehead@usdoj.gov

Attorney for Defendants

Stipulation and Order
20-cv-00547-RSM - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

The parties having so stipulated, IT IS ORDERED that the parties will comply with the above stipulated briefing schedule.

Dated this 15th day of September, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Stipulation and Order
20-cv-00547-RSM - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970