The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANNIE KANNIKA and YOEUN PHOEUN,<br><br>                               Plaintiffs,<br><br>      v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.<br><br>                               Defendants. | 2:20-cv-00547-RSM<br><br>STIPULATED MOTION AND ORDER FOR EXTENSION TO BRIEFING SCHEDULE<br><br>Note on Motion Calendar:<br><br>October 20, 2020 |

## **STIPULATION**

Plaintiffs have requested a two-week extension of the October 19, 2020 deadline to file their motion for summary judgment; the deadlines were set forth in the parties' previous stipulation and the Court's order. (Dkt. #9, 10). Defendants do not oppose the request.

Therefore, the parties propose the following amended briefing schedule for the filing of summary judgment motions and any responses thereto:

1. Plaintiffs shall file a motion for summary judgment, which must not exceed twenty-four pages, no later than November 2, 2020 and note it on the motion calendar for March 19, 2021;

Stipulation and Order
20-cv-00547-RSM - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

2. Defendants shall file their combined response and cross motion for summary judgment, which must not exceed twenty-four pages, no later than January 11, 2021 and note it on the motion calendar for March 19, 2021;

3. Plaintiffs shall file their combined response to Defendants' motion and reply to Plaintiffs' motion, which must not exceed twelve pages, no later than February 15, 2020.

4. Defendants shall file their reply, which must not exceed twelve pages, in support of their motion no later than March 19, 2021.

Dated this 20th day of October, 2020.

WILLIAM FRICK

*s/ William Frick*
WILLIAM FRICK, WSBA No. 26648
701 Millennium Tower
719 Second Avenue
Seattle, WA  98104
Phone: 206-286-0167
Email:  william@fricklawfirm.info

Attorney for Plaintiffs

Dated this 20th day of October, 2020.

BRIAN T. MORAN
United States Attorney

*s/ Sarah K. Morehead*
SARAH MOREHEAD, WSBA No. 29680
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Email: sarah.morehead@usdoj.gov

Attorney for Defendants

Stipulation and Order
20-cv-00547-RSM - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## **ORDER**

The parties having so stipulated, IT IS ORDERED that the parties will comply with the above stipulated briefing schedule.

Dated this 21st day of October, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Stipulation and Order
20-cv-00547-RSM - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970