The Honorable Ricardo S. Martinez

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9
10
11
12

ANNIE KANNIKA and YOEUN
PHOEUN,

13                                    Plaintiffs,

14          v.

15   UNITED STATES CITIZENSHIP AND
16   IMMIGRATION SERVICES, et al.

17                                    Defendants.

18

2:20-cv-00547-RSM

SECOND STIPULATED MOTION
AND ORDER FOR EXTENSION
TO BRIEFING SCHEDULE

Note on Motion Calendar:

November 3, 2020

19                          **<u>STIPULATION</u>**

20
21          Plaintiffs have requested a two-week extension of the November 2, 2020 deadline to file
22   their motion for summary judgment; the deadlines were set forth in the parties' previous
23   stipulation and the Court's order.  (Dkt. #11, 12).  Defendants do not oppose the request.

24          Therefore, the parties propose the following amended briefing schedule for the filing of
25   summary judgment motions and any responses thereto:
26
27          1.   Plaintiffs shall file a motion for summary judgment, which must not exceed twenty-
28               four pages, no later than November 16, 2020 and note it on the motion calendar for
                 April 2, 2021;

Stipulation and Order
20-cv-00547-RSM - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

2. Defendants shall file their combined response and cross motion for summary judgment, which must not exceed twenty-four pages, no later than January 25, 2021 and note it on the motion calendar for April 2, 2021;

3. Plaintiffs shall file their combined response to Defendants' motion and reply to Plaintiffs' motion, which must not exceed twelve pages, no later than March 1, 2021.

4. Defendants shall file their reply, which must not exceed twelve pages, in support of their motion no later than April 2, 2021.

Dated this 2nd day of November, 2020.

WILLIAM FRICK


 _s/ William Frick_
WILLIAM FRICK, WSBA No. 26648
701 Millennium Tower
719 Second Avenue
Seattle, WA  98104
Phone: 206-286-0167
Email:  william@fricklawfirm.info

Attorney for Plaintiffs

Dated this 2nd day of November, 2020.

BRIAN T. MORAN
United States Attorney


 _s/ Sarah K. Morehead_
SARAH MOREHEAD, WSBA No. 29680
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Email: sarah.morehead@usdoj.gov

Attorney for Defendants

Stipulation and Order
20-cv-00547-RSM - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1

## **<u>ORDER</u>**

2

3        The parties having so stipulated, IT IS ORDERED that the parties will comply with the

4    above stipulated briefing schedule.

5

6        Dated this 19th day of November, 2020.

7

8

9        _____
         RICARDO S. MARTINEZ
10       CHIEF UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order
20-cv-00547-RSM - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970