UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANNIE KANNIKA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>US CITIZENSHIP AND IMMIGRATION SERVICES, et al.,<br><br>Defendants. | Case No. C20-547RSM<br><br>ORDER GRANTING IN PART AND DENYING IN PART MOTION TO HOLD BRIEFING SCHEDULE IN ABEYANCE |

    This matter comes before the Court on Plaintiffs' "Motion to Hold Briefing Schedule in Abeyance to Allow for Production of Accurate and Complete Administrative Record." Dkt. #14. Plaintiffs argue that they need more time to file a motion for summary judgment because the administrative record provided to Plaintiff and the Court is incomplete and unnecessarily redacted. *Id*. at 2. Plaintiffs move the Court to order Defendants to produce a more complete administrative record.

    The Court has reviewed the briefing from the parties and finds that many of the issues initially raised in this Motion have become moot as Defendants have clarified the nature of what was provided to Plaintiffs, *see* Dkt. #21, and sent more material to Plaintiffs, *see* Dkt. #24-1. The parties agree that the briefing schedule should be amended to reflect Plaintiff's inability to

ORDER - 1

file their motion for summary judgment by the original November 16, 2020, date. *See* Dkt. #21 at 3.

Accordingly, having reviewed the relevant briefing and the remainder of the record, the Court hereby finds and ORDERS that Plaintiffs' Motion, Dkt. #14, is GRANTED IN PART AND DENIED IN PART. The Court assumes all issues have been or will promptly be resolved. The parties are to meet and confer via telephone and file a joint status report within seven (7) days. The parties are to make every effort to resolve remaining concerns over the completeness of what has been provided to Plaintiffs and the Court. Plaintiffs' motion for summary judgment is now due no later than December 18, 2020, noted for April 30, 2021. Defendants shall file their combined response and cross motion for summary judgment no later than February 25, 2021, noted for April 30, 2021; Plaintiffs shall file their combined response to Defendants' motion and reply to Plaintiffs' motion no later than April 1, 2021; Defendants shall file their reply no later than May 3, 2021.

DATED this 4th day of December, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER - 2