UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANNIE KANNIKA and YOEUN PHOEUN,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.<br><br>　　　　　　　　　Defendants. | 2:20-cv-00547-RSM<br><br>THIRD STIPULATED MOTION AND ORDER FOR EXTENSION TO BRIEFING SCHEDULE |

**STIPULATION**

Plaintiffs request a twenty-one extension of the December 18, 2020 deadline to file their motion for summary judgment. Defendants do not oppose the request as long as the other deadlines are also extended by 21 days.

The parties are currently seeking resolution of disputed issues involving the administrative record and are discussing possible settlement of the case.

Therefore, the parties propose the following amended briefing schedule for the filing of summary judgment motions and any responses thereto:

1. Plaintiffs shall file a motion for summary judgment, which must not exceed twenty-four pages, no later than January 6, 2021 and note it on the motion calendar for May 21, 2021;

2. Defendants shall file their combined response and cross motion for summary judgment, which must not exceed twenty-four pages, no later than March 18, 2021 and note it on the motion calendar for May 21, 2021;

3. Plaintiffs shall file their combined response to Defendants' motion and reply to Plaintiffs' motion, which must not exceed twelve pages, no later than April 22, 2021.

4. Defendants shall file their reply, which must not exceed twelve pages, in support of their motion no later than May 21, 2021.

Dated this 17th day of December, 2020.

WILLIAM FRICK

 s/ William Frick
WILLIAM FRICK, WSBA No. 26648
701 Millennium Tower
719 Second Avenue
Seattle, WA  98104
Phone: 206-286-0167
Email:  william@fricklawfirm.info

Attorney for Plaintiffs

Dated this 16th day of December, 2020.

BRIAN T. MORAN
United States Attorney

 s/ Sarah K. Morehead
SARAH MOREHEAD, WSBA No. 29680
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Email: sarah.morehead@usdoj.gov

Attorney for Defendants

**ORDER**

The parties having so stipulated, IT IS ORDERED that the parties will comply with the above stipulated briefing schedule.

Dated this 17th day of December, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE